# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

OLIVER BUELOW

CRIMINAL COMPLAINT

CASE NUMBER: 07-6109-MJ-SELTZER

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. In or around February 2007 and continuing through March 2007, in Broward County, in the Southern District of Florida, and elsewhere, the defendant did knowingly use a facility or means of interstate and foreign commerce, that is, a computer through the Internet and the United States Postal Service, to attempt to persuade, induce, entice, or coerce a person who had not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

AMANDA L. CODER, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence,

March 14, 2007            at Ft. Lauderdale, Florida
Date                                                                     City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                            Signature of Judicial Officer

## AFFIDAVIT

I, Amanda L. Coder, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (the "F.B.I.") and have been so employed for the last three years. I am currently assigned to the Miami Division of the F.B.I. My responsibilities as an F.B.I. Special Agent include, among other things, conducting investigations involving violations of Title 18 of the United States Code. As an F.B.I. Special Agent, I have participated in numerous investigations involving, but not limited to, the sexual exploitation of children, cyber fraud and terrorism.

2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Oliver BUELOW** (hereinafter referred to as "**BUELOW**") violated Title 18, United States Code, Section 2422(b), regarding the knowing use of a facility or means of interstate and foreign commerce, that is, a computer through the Internet and United States Postal Service, to attempt to persuade, induce, entice, or coerce a person who had not attained the age of 18 years to engage in sexual activity.

3. The statements contained in this affidavit are based in part upon the investigation that I have personally conducted, upon information provided to me by other law enforcement officers, and on my experience and background as a Special Agent with the F.B.I.

4. On February 7, 2007, law enforcement officers learned that an unknown subject, using lori5551@yahoo.com, was using the Internet to request a 14 - 15 year old sex companion while

1

traveling in Costa Rica. A subpoena was served on Yahoo! for the subscriber information for lori5551@yahoo.com. Subpoena results revealed that this screen name belonged to **Oliver BUELOW**. Header information was obtained from the email sent from lori5551@yahoo.com, which showed that the email was sent from IP address 68.41.33.16. Thereafter, a subpoena was served on Comcast for that particular IP address' subscriber information. Subpoena results revealed that this IP address was being used by Comcast Account holder, **Oliver BUELOW**, 3170 Fallen Oaks Court Apt. # 704, Rochester Hills, MI 48309. This address is listed as the subscriber's address of record for the account. **BUELOW** has had residential high speed internet Comcast service since March 8, 2005. Moreover, law enforcement has confirmed, through a series of recorded telephone conversations and e-mails between **BUELOW** and undercover law enforcement stationed in the Southern District of Florida between February 7, 2007 and March 9, 2007, that **BUELOW** has requested the sexual services of a 14-15 year old and 10-11 year old female companion while traveling in Costa Rica.

5.  Through these recorded and electronic communications, law enforcement officers learned that **BUELOW** was traveling to Costa Rica on March 15, 2007, and that the minor was to be delivered to **BUELOW** at the El Presidente Hotel in San Jose, Costa Rica on March 16, 2007. Ultimately, **BUELOW** paid a down payment of $137.50 for 2 hours of sexual services with the 14-15 year old minor escort and provided, over the telephone, his name as Peter. **BUELOW** agreed to send this payment via money order through the United States Postal Service to the undercover company at a post office box located in Ft. Lauderdale, Florida  This payment was received on March 8, 2007 in Ft. Lauderdale, Florida. After informing **BUELOW**, through e-mail, that the down payment had been received, on March 9, 2007, **BUELOW** asked about the possibility of paying for

2

another minor escort (between the ages of 10 and 11) on his last day of travel in Costa Rica.

6.     Additionally, law enforcement has confirmed with the air carrier that **BUELOW** did in fact purchase an airline ticket and is scheduled to depart from Detroit International Airport on March 15, 2007 at or around 1:25 p.m., aboard Delta Flight # 1197 to Atlanta, and connecting to a Delta Flight #246 which lands in San Jose, Costa Rica at 8:50 PM..

7.     A Michigan Driver License run by law enforcement officers provided a photograph of **BUELOW** and further established that **BUELOW** resides at 3170 Fallen Oaks Ct, Apt # 704 Rochester Hills, MI 48309. A records check of **BUELOW** revealed that he is a German national legally in the United States with a work visa.

8.     The information contained in this affidavit establishes probable cause that **BUELOW** knowing used a facility or means of interstate and foreign commerce, that is, a computer through the Internet and United States Postal Service, to attempt to persuade, induce, entice, or coerce a person who had not attained the age of 18 years to engage in sexual activity, all in violation of Title 18, United States Code, Sections 2422(b).

FURTHER AFFIANT SAYETH NAUGHT

Amanda L. Coder
Special Agent
Federal Bureau of Investigation

Sworn to me this 14th
day of March, 2007.

Barry S. Seltzer
United States Magistrate Judge

3